UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RENE DEWAYNE MANUEL,

                Petitioner,

    v.

JASON BENNETT,

                Respondent.

CASE NO. 3:24-cv-05412-RAJ-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation (Dkt. 6), and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's federal habeas Petition is dismissed with prejudice.

(3) Petitioner's motion to proceed *in forma pauperis* (Dkt. 1) and all other proposed motions (Dkts. 1-2–1-8, 7-11) are denied as moot.

(4) No evidentiary hearing is necessary and a certificate of appealability is denied in this case.

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

(5)   The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent, and to the Hon. David W. Christel.

**DATED** this 26th day of August, 2024.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2