HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RENE DEWAYNE MANUEL,

        Petitioner,

  v.

JASON BENNETT,

        Respondent.

CASE NO. 3:24-cv-05412-RAJ-DWC

ORDER

## I. INTRODUCTION

THIS MATTER comes before the Court on *pro se* Petitioner Rene Dewayne Manuel ("Petitioner")'s Motions for Relief from Judgment. Dkts. ## 27, 29. The Court issued an Order denying four similar motions on November 15, 2024, and reincorporates the facts as presented in that Order. *See* Dkt. # 28.

## II. DISCUSSION

Petitioner challenges the judgment for being procedural defective pursuant to *Gonzalez v. Crosby*, 545 U.S. 524 (2005).[1] *See* Dkts. ## 27, 29. He further asserts that the Court

---

[1] Petitioner makes a typographical error in his citation to this case, highlighting his carelessness in filing this series of motions.

ORDER - 1

violated the Magistrate Act and Habeas Rule 8(b) by failing to conduct *de novo* review of his Motion for an Evidentiary Hearing. Dkt. # 27 at 1. Petitioner also claims this Court "asserted a procedural defense not made by respondent." Dkt. # 29 at 1.

To the extent Petitioner challenges *de novo* review of any motion filed before the Court adopted the Report, the Court properly considered all pleadings. *See* Dkt. # 14 at 1-2. Furthermore, the Court did not "assert a procedural defense not made by respondent." *See* Dkt. # 29 at 1.

Petitioner has consistently taken advantage of valuable judicial resources by filing a surfeit of meritless motions. He also appears to disregard prior orders. None of the motions alters the uncontested fact that the habeas petition filed in this case is time-barred. The Court will not consider any further filings from Petitioner.

### III. CONCLUSION

For the foregoing reasons, the Court **DENIES** the pending motions. Dkts. ## 27, 29. The Clerk is **INSTRUCTED** not to accept any further filings in this case.

Dated this 25th day of November, 2024.

The Honorable Richard A. Jones
United States District Judge

ORDER - 2